UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARC WINGHOUSE, LLC,

    Plaintiff,

v().   Case No. 3:24-cv-00079-TJC-PDB

UNITED STATES SMALL BUSINESS
ADMINISTRATION; ISABELLA
CASILLAS GUZMAN, in her official
Capacity as Administrator of the Small
Business Administration; and, the
UNITED STATES OF AMERICA,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), M.D. Fla., Defendants hereby advises the Court that the Parties have agreed to settle and/or resolve all aspects of the instant action.

Dated: July 22, 2024    Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6358/6300
Facsimile No. (904) 301-6240
Email: Mai.Tran2@usdoj.gov
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2024, I electronically filed the foregoing document with the District Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

>Vivian H. Basdekis, Esquire
>Blake N. Humphrey, Esquire
>Frost Brown Todd LLP
>500 Virginia Street, East, Suite 1100
>Charleston, WV 25301
>>Email: vbasdekis@fbtlaw.com
>>Email: bhumphrey@fbtlaw.com

>Amy L. Drushal, Esquire
>Trenam, Kemker, Scharf, Barkin, Frye,
>O'Neill & Mullis, P.A.
>101 East Kennedy Boulevard, Suite 2700
>Tampa, FL 33602
>Email: adrushal@trenam.com

>>*/s/ Mai Tran*
>>MAI TRAN
>>Assistant United States Attorney