UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARC WINGHOUSE, LLC,

    Plaintiff,

v.

    Case No. 3:24-cv-79-TJC-PDB

UNITED STATES SMALL
BUSINESS ADMINISTRATION,
ISABELLA CASILLAS GUZMAN,
in her official capacity as
Administrator of the Small Business
Administration, and UNITED
STATES OF AMERICA,

    Defendants.

## O R D E R

The Court has been advised that this case has been settled (Doc. 23). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **September 23, 2024** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **September 23, 2024** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to**

**enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida, the 25th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record