UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARC WINGHOUSE, LLC,

                Plaintiff,

v.

                                                 Case No. 3:24-cv-79-HLA-PDB

UNITED STATES SMALL BUSINESS
ADMINISTRATION, *et al.*,

                Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties in the above-captioned action, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this case is hereby dismissed with prejudice with each Party to bear its own fees and costs.

Respectfully submitted,

FROST BROWN TODD LLP

*Signed by:*
*Vivian H. Basdekis*
77C0BB8C4256479...
_____
VIVIAN H. BASDEKIS, Esquire
West Virginia Bar No. 10587
500 Virginia Street, East, Suite 1100
Charleston, WV 25301
Telephone No. (304) 348-2437
Facsimile No. (304) 345-0115
Email: vbasdekis@fbtlaw.com
*Attorneys for Plaintiff*

Dated: July __, 2024
       7/22/2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

_____
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6358/6300
Facsimile No. (904) 301-6240
Email: Mai.Tran2@usdoj.gov
  *Attorneys for Defendants*

Dated: July 26, 2024