# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ARC WINGHOUSE, LLC,

    Plaintiff,

v.

    Case No. 3:24-cv-79-TJC-PDB

UNITED STATES SMALL BUSINESS ADMINISTRATION, ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration, and UNITED STATES OF AMERICA,

    Defendants.

## ORDER

Upon review of the Stipulation of Dismissal with Prejudice (Doc. 26), filed on September 6, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record